UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY FOSTER., Plaintiff, | ) | CASE NO. 1:26-CV-00826 |
| | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | |
| WARDEN ANGELA STUFF, | ) | |
| Defendants. | ) | **Order** (resolving Docs. 10, 15) |

This matter came before the Court on Petitioner Terry Foster's petition for habeas corpus pursuant to 28 U.S.C. §2254. Doc. 1. This matter was referred to the Magistrate Judge. Petitioner filed an emergency motion for bond. Doc. 10. The Magistrate Judge issued a Report and Recommendation ("R&R") concluding that Petitioner failed to demonstrate exceptional circumstances as required to obtain release and recommended that this Court deny Petitioner's motion for emergency bond. Doc. 16.

Rather than timely object, Petitioner filed a notice of appeal to the Sixth Circuit. Doc. 18. Even if the Court were to construe the notice as an objection, Petitioner fails to set forth any specific objection. Doc. 18. Objections must be specific and not merely indicate a general objection to the entirety of the report and recommendation; "a general objection has the same effect as would a failure to object." *Howard v. Sec'y of Health and Hum. Servs.*, 932 F.2d 505, 509 (6th Cir. 1991). Because Petitioner has failed to object, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs*., 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Accordingly, the R&R is hereby adopted and the motion is DENIED.

Further, Petitioner filed a motion for default judgment and/or motion for evidentiary hearing. Doc. 15. On September 9, 2026, the Magistrate Judge issued an R&R recommending that the Court deny this motion. Doc. 20. Petitioner subsequently filed numerous motions, none of which could be construed as objections to the R&R. As noted above, any further review would be duplicative and therefore the R&R is adopted. The motion is DENIED.

The Court adopts the magistrate judge's R&R's (docs. 16, 20) and hereby DENIES Petitioner's motion for bond (doc. 10) and motion for default judgment and/or motion for evidentiary hearings (doc. 15). The Court certifies, pursuant to 28 U.S.C. §1915(A)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.

IT IS SO ORDERED.

DATED: September 23, 2026

*/s/ John R. Adams*
Judge John R. Adams
UNITED STATES DISTRICT COURT